JESSE A.P. BAKER (SBN 36077)
ALDRIDGE PITE, LLP
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>NORAILLA VALADEZ and ARMANDO VALADEZ,<br><br>Debtor. | Case No. 20-00950-WLH13<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>341(a) MEETING:<br>DATE: 6/10/2020<br>TIME: 10:00 AM<br>PLACE: Telephonic<br><br>CONFIRMATION HEARING:<br>DATE: 6/30/2020<br>TIME: 10:00 am<br>CTRM: Telephonic |

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F (hereinafter "Creditor"), secured creditor of the above-entitled Debtor, (hereinafter "Debtor"), hereby objects to the Chapter 13 Plan filed by Debtor in the above-referenced matter. Carrington Mortgage Services acts as the servicing agent for Creditor. The basis of the objection is stated below:

**1)**

**STATEMENT OF FACTS**

i) On or about October 16, 2008, Debtor, for valuable consideration, made, executed and

OBJECTION TO CONFIRMATION OF PLAN
Page - 1 -
- 1 -
Jesse A.P. Baker
PITE DUNCAN, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

20-00950-WLH13    Doc 30    Filed 06/18/20    Entered 06/18/20 05:43:21    Pg 1 of 5

delivered to Creditor a Promissory Note in the principal sum of $234,693.00 (the "Note").  Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments. A copy of the Note is attached hereto as **Exhibit A** and incorporated herein by reference.

ii) On or about October 16, 2008, Debtor made, executed and delivered to Creditor a Deed of Trust (the "Deed of Trust") granting Creditor a security interest in certain real property located at 630 Westwind Drive, Zillah, WA 98953 (hereinafter the "Subject Property"), which is more fully described in the Deed of Trust.  The Deed of Trust was recorded on October 24, 2008, in the official records of the Yakima County Recorder's office. A copy of the Deed of Trust is attached hereto as **Exhibit B** and incorporated herein by reference.

iii) On or about May 1, 2020, Debtor filed a Chapter 13 bankruptcy petition. Debtor's Chapter 13 Plan provides for payments to the Trustee in the sum of $613.00 per month for (36) months.  However, the Debtor's Chapter 13 Plan makes no provision for the cure of Creditor's pre-petition arrears.

iv) The pre-petition arrearage on Creditor's secured claim is in the sum of $153,329.61.

v) Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $2,555.50 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed 60 months.

Creditor now objects to the Chapter 13 Plan filed herein by the Debtor.

2)

**ARGUMENT**

Application of the provisions of 11 United States Code section 1325 determines when a plan shall be confirmed by the Court. Based on the above sections, as more fully detailed below, this Plan cannot be confirmed as proposed.

**a)** **DOES NOT MEET FULL VALUE REQUIREMENT**
11 U.S.C. 1325(a)(5)(B)(ii).

Amount of Arrearage Not Correct.  The pre-petition arrears specified in the Chapter 13 Plan are $0.00.  The actual pre-petition arrears equal $153,329.61 based on Creditor's Proof of Claim.  As a result, the Plan fails to satisfy 11 U.S.C. 1325(a)(5)(B)(ii).

**b) PROMPT CURE OF PRE-PETITION ARREARS**
11 U.S.C. 1322(d).

Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $2,555.50 monthly in order to cure Creditor's pre-petition arrears over a period not to exceed 60 months.

WHEREFORE, Creditor respectfully requests:

i) That confirmation of the Debtor's Chapter 13 Plan be denied;

ii) Alternatively, that the Plan be amended to reflect that the pre-petition arrears listed in Creditor's Proof of Claim be paid within a period not exceeding 60 months; and

iii) For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: June 18, 2020                    ALDRIDGE PITE, LLP


/s/ Jesse A.P. Baker
JESSE A.P. BAKER, WSBA #36077
Attorneys for Movant WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS TRUSTEE OF
STANWICH MORTGAGE LOAN TRUST F

|   | UNITED STATES BANKRUPTCY COURT |
|---|---|
| 1 | |
| 2 | DISTRICT OF WASHINGTON |
| 3 | CASE NO. 20-00950-WLH13 |
| 4 | CERTIFICATE OF SERVICE BY MAIL |
| 5 | I, Shannon Kilgore, am employed in the County of Fulton, Georgia, and I am over the age |
| 6 | of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland |
| 7 | Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. |
| 8 | I caused the attached OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN to be |
| 9 | served and REQUEST FOR SPECIAL NOTICE by placing a true copy thereof in an envelope |
| 10 | addressed to: |
| 11 | SEE ATTACHED SERVICE LIST |
| 12 | which envelope was then sealed and postage fully prepaid thereon, and thereafter, on, June 18, |
| 13 | 2020, deposited in the United States Mail at San Diego, California. There is regular delivery |
| 14 | service between the place of mailing and the place so addressed by the United States Mail. |
| 15 | I certify under penalty of perjury that the foregoing is true and correct. |

Dated: June 18, 2020        Shannon Kilgore
                            SHANNON KILGORE

- 4 -

# SERVICE LIST

**DEBTOR(S)**

Norailla Valadez
630 Westwind Drive
Zillah, WA 98953


Armando Valadez
630 Westwind Drive
Zillah, WA 98953


**DEBTOR(S) ATTORNEY**

Benjamin J Riley
Saxton Riley & Riley, PLLC
1112 Meade Ave
Prosser, WA 99350
ben@saxtonriley.com

**CHAPTER 13 TRUSTEE**

Daniel H. Brunner
P.O. Box 1513  Spokane, WA 99210-1513  ch13trustee@spokane13.org

**BORROWER(S)**

Armando Valadez