UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: | ) | Case No.:20-00950 |
|---|---|---|
| NORAILA VALADEZ | ) | Chapter 13 |
| ARMANDO VALADEZ, | ) | |
| | ) | |
| Debtor. | ) | PRE -CONFIRMATION MODIFICATION |
| | )) | OF CHAPTER 13 PLAN AND |
| | | CERTIFICATION OF NO ADVERSE |
| | | EFFECTS |

## **MODIFICATION TO CHAPTER 13 PLAN**

Debtors, NORAILLA VALADEZ AND ARMANDO, hereby modifies their chapter 13 Plan as previously filed in the proceeding in the following respects:

**3.3 SECURED CLAIMS TO BE PAID BY THE DEBTOR**

Creditors whose claims are secured by real property, where the debtor's obligations are current as of the date of the petition filing, shall be paid directly by the debtor according to the terms of the original obligation at the interest rate and monthly payment set forth below.

| CREDITOR | ADDRESS & PARCEL NUMBER | TOTAL CLAIM | PROPERTY VALUE | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| Carrington Mortgage Services, LLC | 630 westwind dr 630 westwind dr Zillah, WA 98953 Residence: home | $423,640.24 | $320,000.00 | 4.25% | $1,942.43 |

All other aspects of the plan remain the same

Dated: June 26, 2020

/s/ Benjamin J. Riley
Benjamin J. Riley, WSBA # 34949
Attorney for Debtors

PRE -CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN
AND CERTIFICATION OF NO ADVERSE EFFECTS - 1

## CERTIFICATE

The Debtors certifies that this modification has no adverse effect upon any creditors.

<u>/s/ Benjamin J. Riley</u>
Benjamin J. Riley, WSBA #34949
Attorney for Debtors

PRE -CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN
AND CERTIFICATION OF NO ADVERSE EFFECTS  - 2