
# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>NORAILLA VALADEZ and<br>ARMANDO VALADEZ<br><br>Debtors. | Case No. 20-00950-WLH13<br><br>**ORDER GRANTING MOTION TO DISMISS** |

THIS MATTER came before the court on the debtors' July 31, 2020 motion to voluntarily dismiss their chapter 13 case. Based on the record and the debtors' motion, it is ORDERED that:

The motion [ECF No. 42] is granted. The above captioned case is dismissed. The debtors may not file, without representation by counsel, a joint or individual petition under any chapter of the Bankruptcy Code. This pro se refiling bar shall remain in effect until further order of this court. The debtors may petition this court to lift the pro se refiling bar for cause no sooner than two years after the entry of this order by filing such petition in the above captioned case. The Clerk may reject any pro se petitions filed by the debtors until the entry of an order lifting the pro se refiling bar.

All pending motions are denied as moot.

///End of Order///

**ORDER GRANTING MOTION TO DISMISS**



Form: ntcdsm
Rev: 01/06/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Norailla Valadez**
(Debtor)

**ARMANDO VALADEZ**
(Joint Debtor)

Case Number: **20−00950−WLH13**

Chapter: **13**

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that an order dismissing the above−entitled case was entered on September 1, 2020.

Date: September 1, 2020

CLERK OF COURT

/s/ Tyler Lindsey

Deputy Clerk

# Notice Recipients

District/Off: 0980–2           User: notice           Date Created: 9/1/2020
Case: 20–00950–WLH13           Form ID: ntcdsm        Total: 34

**Recipients of Notice of Electronic Filing:**
ust    US Trustee         USTP.REGION18.SP.ECF@usdoj.gov
tr     Daniel H. Brunner  ch13trustee@spokane13.org
aty    Benjamin J Riley   ben@saxtonriley.com
aty    Jesse Baker        ecfwaeb@aldridgepite.com
aty    Michael S DeLeo    mdeleo@prklaw.com

                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Norailla Valadez           630 Westwind Drive        Zillah, WA 98953
jdb        ARMANDO VALADEZ            630 Westwind Drive        Zillah, WA 98953
smg        State of Washington        Department of Revenue     2101 4th Ave, Ste 1400      Seattle, WA 98121–2300
4127430    Ashley Funding Services, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
4126894    Carrington Mortgage Services, LLC    8101 N High St #40    Columbus, OH 43235
4126897    Credit One Bank       Po Box 98872      Las Vegas, NV 89193
4126898    Department of Education/582/Nelnet    Attn: Bankruptcy    Po Box 82561    Lincoln, NE 68501
4131666    Directv, LLC      by American InfoSource as agent      4515 N Santa Fe Ave      Oklahoma City, OK 73118
4134032    EVERGREEN FINANCIAL SERVICES     PO BOX 9073      YAKIMA, WA 98909
4126899    First PREMIER Bank    Attn: Bankruptcy    Po Box 5524    Sioux Falls, SD 57117
4126900    KeyBank     Attn: Bankruptcy    Oh–01–51–0622) 4910 Tiedeman Rd    Brooklyn, OH 44144
4128355    LES SCHWAB TIRE CENTERS OF WASHINGTON, INC.    PO BOX 5350    BEND, OR 97708
4127442    LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
4126901    Les Schwab Tire Cent    Attn: Bankruptcy    Po Box 5350    Bernd, OR 97708
4134241    Pacific Power/Rocky Mountain Power    PO Box 25308    Salt Lake City, UT 84125
4134820    Pinnacle Credit Services, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
4126904    Regional Acceptance Co    Attn: Bankruptcy    1424 E Firetower Rd    Greenville, SC 27858
4127876    Regional Acceptance Corporation    PO Box 1847    Wilson, NC 27894–1847
4126905    Reliable Credit Association    Attn: Bankruptcy    Po Box 22829    Milwaukee, OR 97269
4127300    Reliable Credit Association Inc    10690 SE McLoughling Blvd    Milwaukie, OR 97222
4133374    Wilmington Savings Fund Society, FSB    C/O Carrington Mortgage Services, LLC.    Bankruptcy Dept.    1600 South Douglass Road    Anaheim, CA 92806
4126906    Yakima Adjustment Service Inc    PO Box 512    Yakima Wa 98907
4126907    Yakima Ccs    Po Box 9244    Yakima, WA 98909
4136727    Yakima County Treasurer    PO Box 22530    Yakima, WA 98907
4126893    astrila health    po box    sunnyside, WA 98944
4126895    city of zillah    PO BOX 475,    zillah, WA 98953
4126896    credit acceptance    25505 west twelve mile rd    southfield, ME 48034
4126902    memorial hospital    yakima    yakima, WA 98901
4126903    norallia valadez    630 westwind dr    zillah, WA 98953

                                                                    TOTAL: 29