```
                              United States Bankruptcy Court
                               Eastern District of Washington
```

In re:                                                              Case No. 20-00950-WLH
Norailla Valadez                                                    Chapter 13
ARMANDO VALADEZ
        Debtors
                                   **CERTIFICATE OF NOTICE**

District/off: 0980-2          User: notice              Page 1 of 2              Date Rcvd: Sep 01, 2020
                              Form ID: ntcdsm           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db/jdb       +Norailla Valadez,    ARMANDO VALADEZ,    630 Westwind Drive,    Zillah, WA 98953-9669
4126894      +Carrington Mortgage Services, LLC,    8101 N High St #40,    Columbus, OH 43235-1408
4134241      +Pacific Power/Rocky Mountain Power,    PO Box 25308,    Salt Lake City, UT 84125-0308
4126905      +Reliable Credit Association,    Attn: Bankruptcy,    Po Box 22829,    Milwaukee, OR 97269-2829
4127300      +Reliable Credit Association Inc,    10690 SE McLoughling Blvd,    Milwaukie, OR 97222-7410
4126906      +Yakima Adjustment Service Inc,    PO Box 512,    Yakima Wa 98907-0512
4126907      +Yakima Ccs,    Po Box 9244,    Yakima, WA 98909-0244
4136727      +Yakima County Treasurer,    PO Box 22530,    Yakima, WA 98907-2530
4126893       astrila health,    po box,    sunnyside, WA 98944
4126895      +city of zillah,    PO BOX 475,,    zillah, WA 98953-0475
4126902       memorial hospital,    yakima,    yakima, WA 98901
4126903      +norallia valadez,    630 westwind dr,    zillah, WA 98953-9669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: WADEPREV.COM Sep 02 2020 12:48:00     State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
4127430       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:35:36
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4126896       E-mail/Text: ebnnotifications@creditacceptance.com Sep 02 2020 12:04:16     credit acceptance,
               25505 west twelve mile rd,    southfield, ME 48034
4126897      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 02 2020 11:32:21     Credit One Bank,
               Po Box 98872,    Las Vegas, NV 89193-8872
4126898      +E-mail/Text: electronicbkydocs@nelnet.net Sep 02 2020 12:04:20
               Department of Education/582/Nelnet,    Attn: Bankruptcy,    Po Box 82561,
               Lincoln, NE 68501-2561
4131666      +EDI: AIS.COM Sep 02 2020 12:48:00     Directv, LLC,    by American InfoSource as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4134032      +E-mail/Text: Banko@efscollects.com Sep 02 2020 12:04:17     EVERGREEN FINANCIAL SERVICES,
               PO BOX 9073,    YAKIMA, WA 98909-0073
4126899      +EDI: AMINFOFP.COM Sep 02 2020 12:48:00     First PREMIER Bank,    Attn: Bankruptcy,
               Po Box 5524,    Sioux Falls, SD 57117-5524
4126900      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 02 2020 12:04:21     KeyBank,
               Attn: Bankruptcy,    Oh-01-51-0622)    4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
4128355      +E-mail/Text: ZyCredit.A.User@lesschwab.com Sep 02 2020 12:04:22
               LES SCHWAB TIRE CENTERS OF WASHINGTON, INC.,    PO BOX 5350,    BEND, OR 97708-5350
4127442       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:32:22     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4126901      +E-mail/Text: ZyCredit.A.User@lesschwab.com Sep 02 2020 12:04:22     Les Schwab Tire Cent,
               Attn: Bankruptcy,    Po Box 5350,    Bernd, OR 97708-5350
4134820       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:32:22
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4126904      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 02 2020 11:32:15     Regional Acceptance Co,
               Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, SC 27858-4105
4127876       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 02 2020 11:32:15     Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
4133374      +E-mail/Text: BKBCNMAIL@carringtonms.com Sep 02 2020 12:04:16
               Wilmington Savings Fund Society, FSB,    C/O Carrington Mortgage Services, LLC.,
               Bankruptcy Dept.,    1600 South Douglass Road,    Anaheim, CA 92806-5951
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:

```
          Benjamin J Riley    on behalf of Joint Debtor ARMANDO   VALADEZ ben@saxtonriley.com,
           notice@UpRightlaw.com
          Benjamin J Riley    on behalf of Debtor Norailla  Valadez ben@saxtonriley.com,
           notice@UpRightlaw.com
          Daniel H. Brunner    ch13trustee@spokane13.org
          Jesse  Baker    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           ecfwaeb@aldridgepite.com,  jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
          Jesse  Baker    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust F ecfwaeb@aldridgepite.com,
           jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
          Michael S DeLeo    on behalf of Creditor    Regional Acceptance Corporation mdeleo@prklaw.com,
           rwhite@prklaw.com
          US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
                                                                                             TOTAL: 7
```



Form: ntcdsm
Rev: 01/06/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Norailla Valadez**
(Debtor)

**ARMANDO VALADEZ**
(Joint Debtor)

Case Number: **20−00950−WLH13**

Chapter: **13**

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that an order dismissing the above−entitled case was entered on September 1, 2020.

Date: September 1, 2020

CLERK OF COURT

/s/ Tyler Lindsey

Deputy Clerk